Vincent Piro, Petitioner, v. Industrial Claim Appeals Office of the State of Colorado and Division of Unemployment Insurance, Quality Control/BAM, Respondents. No. 21CA0893
Court of Appeals of Colorado, Fourth Division
October 21, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Industrial Claim Appeals Office of the State of Colorado DD
 No. 19707-2020
 
 
 
 OPINION
 
 
 TOW,
 JUDGE
 
 
 ORDER
 AFFIRMED
 
 
 J.
 Jones and Freyre, JJ., concur
 
 
 1